UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PAYMENTECH, LLC AND JPMORGAN CHASE BANK, N.A.,

                    *Plaintiffs*,

-against-

MAINSPRING DISTRIBUTION LLC AND RIA PHILIP, EDVIN OVASAPYAN, JPO22 LLC and ESJ GROUP LLC,

                    *Defendants*.

---

RIA PHILIP,

                    *Third-Party Plaintiff*,

-against-

EDVIN OVASAPYAN AND VAHE OVASAPYAN,

                    *Third-Party Defendants*.

Civil Action No. 1:19-cv-02087

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the defendants Edvin Ovasapyan, ESJ Group, LLC and JPO22 LLC.

Date:    December 11, 2019

                    Respectfully submitted,

                    **CANALES PLLC**

                    By: /s/ Jason Canales
                    Jason Canales, Esq.
                    7 Penn Plaza, Suite 914
                    New York, New York 10001
                    Tel: (212) 988-2039
                    Email: jason@canalespllc.com