UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PAYMENTECH, LLC AND JPMORGAN CHASE BANK, N.A.,

                    *Plaintiffs*,

-against-

MAINSPRING DISTRIBUTION LLC, RIA PHILIP, EDVIN OVASAPYAN, JPO22 LLC and ESJ GROUP, LLC,

                    *Defendants*.

RIA PHILIP,

                    *Third-Party Plaintiff*,

-against-

EDVIN OVASAPYAN AND VAHE OVASAPYAN,

                    *Third-Party Defendants*.

Civil Action No. 1:19-cv-02087

**DECLARATION OF**
**EDVIN OVASAPYAN**

EDVIN OVASAPYAN declares pursuant to 28 U.S.C. §1746 as follows:

1. I am the sole member of the Defendants ESJ Group, LLC ("ESJ") and JPO22, LLC ("JPO") and am fully familiar with the facts and circumstances set forth herein. I make this declaration in response to the July 23, 2020 Order to Show Cause issued by the Hon. Dora L. Irizarry.

2. On April 10, 2019, the date the above-caption matter was commenced, and November 20, 2019, the date the Amended Complaint was filed naming ESJ and JPO as parties to this action, I was the sole member of ESJ and Svitlana Pliuto was the sole member of JPO22. On those dates, Ms. Pliuto and I were both citizens of the State of California. I remain a citizen of the State of California today and, upon information, Ms. Pliuto does as well.

3. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and information.

Dated: 07/24/20, California
      July 24, 2020

                                                      Edvin Ovasapyan